1 | JEFFERY J. DEVASHRAYEE, ESQ., SBN 192351
jjdevash@up.com
2 | UNION PACIFIC RAILROAD COMPANY
Law Department
3 | 280 South 400 West
Salt Lake City, UT  84101
4 | Phone:  (801) 212-3976
Fax:     (801) 212-3978
5 |
6 | VINCENT CASTILLO, ESQ., SBN 209298
vcastillo@llcllp.com
MARIA M. LAMPASONA, ESQ., SBN 259675
7 | mlampasona@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
8 | Lake Merritt Plaza
1999 Harrison Street, Suite 2600
9 | Oakland, CA  94612-3541
Telephone:     (510) 433-2600
10 | Facsimile:      (510) 433-2699

11 | Attorneys for Defendant UNION
PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAUL QUINONEZ, | Case No.  3:15-cv-03409-JSC |
|---|---|
| Plaintiff, | **DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | CMC Date:   October 29, 2015<br>Time:           1:30 p.m.<br>Ctrm.:          F, 15th Floor |
| Defendant. | |
| | Action Filed:   July 23, 2015<br>Trial Date:      None Set |

Defendant UNION PACIFIC RAILROAD COMPANY, through their attorneys of record, request a telephonic appearance for Vincent Castillo, Esq. at the **October 29, 2015, 1:30 p.m.** Case Management Conference.

Dated: October 20, 2015                                        LOMBARDI, LOPER & CONANT, LLP


By: */s/ Vincent Castillo*
   VINCENT CASTILLO
   MARIA M. LAMPASONA
   Attorneys for Defendant UNION PACIFIC
   RAILROAD COMPANY

**ORDER**

It is hereby ordered that Defendant UNION PACIFIC RAILROAD COMPANY's request to appear by phone at the October 29, 2015 Case Management Conference is granted. Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: October 26, 2015

_____
JUDGE JACQUELINE SCOTT CORLEY

GRANTED
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

31039-44610 VC 668767.1                                    2
REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE
31039-44610 VC 669271.1