Anthony S. Petru, Esq. (State Bar No. 91399)
petru@hmnlaw.com
Paula A. Rasmussen, Esq. (State Bar No. 258352)
rasmussen@hmnlaw.com
Quynh L. Nguyen, Esq. (State Bar No. 139628)
nguyen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Complainant
RAUL QUINONEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RAUL QUINONEZ,<br><br>  Complainant,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>  Respondent. | Case No. 3:15-cv-03409 JSC<br><br>**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff Raul Quinonez, though his attorneys of record, requests a telephonic appearance for Quynh L. Nguyen, Esq. at the October 29, 2015, 1:30 p.m. Case Management Conference.

DATED: October 26, 2015                    HILDEBRAND, McLEOD & NELSON, INC.


By: _____*/s/ Paula Rasmussen*_____
     PAULA A. RASMUSSEN, ESQ.
     Attorney for Plaintiff
     RAUL QUINONEZ

---

1

REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE

ORDER

It is here by ordered that Plaintiff Raul Quinonez' request to appear by phone at the October 29, 2015 Case Management Conference is granted. Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: October 27, 2015



Judge Jacqueline Scott Corley

2
REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE